```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**KHOSROW KOSSY GYALOG**                                                 PLAINTIFF

v.                          Civil No. 11-5248

**BENTON COUNTY DETENTION CENTER, ET AL.**                               DEFENDANT

# O R D E R

Now on this 5th day of January, 2011, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 5) to which no objections have been made. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 5) is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, plaintiff's complaint against the Benton County Detention Center is **DISMISSED**. Plaintiff's case will proceed against the remaining defendants, which are Benton County, Deputy Lebrault and Deputy Simer.

**IT IS SO ORDERED.**

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE