IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KHOSROW KOSSY GYALOG                                                PLAINTIFF

v.                Civil No. 11-5248

DEPUTY LEBRAULT; DEPUTY SIMER;
SHERIFF FERGUSON; and CAPTAIN PETRAY                               DEFENDANTS

O R D E R

Now on this 28th day of November 2012, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #53), filed on November 7, 2012, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #53) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that plaintiff's oral request to dismiss all claims against Captain Petray is **granted.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, the defendants' **Motion for Summary Judgment** (document #36) is **granted,** and this case is **dismissed with prejudice.**

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Jimm Larry Hendren
　　　　　　　　　　　　　　　　　　　　　　　　JIMM LARRY HENDREN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE